■ In the Matter of the Estate of Robyn R. Lewis, Deceased. James Robert Simmons, Respondent; Meredith M. Stewart et al., Appellants. (Appeal No. 3.) [977 NYS2d 647]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Valentino, JJ.